IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Tax Indebtedness of<br><br>JAMES F. and FAYETTE L. RADOLL | ) Civil No. 04-cv-01507<br>)<br>)<br>) ORDER APPROVING LEVY UPON A<br>) PRINCIPAL RESIDENCE<br>)<br>) |

_____ )

    This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration, and the Court having issued a Notice and Order to Show Cause which was properly served upon JAMES F. and FAYETTE L. RADOLL, and having considered the written objections to the Petition at the hearing before this Court on February 17, 2005, at which James F. and Fayette L. Radoll appeared and argued,

    IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code Section 6334, the Court GRANTS the United States' Petition For Judicial Approval of Levy Upon Principal Residence. The Internal Revenue Service may levy upon James F. and Fayette L. Radoll's interests in the property located at 18116 NE 109th Street, Redmond, Washington 98052 to satisfy part or all of the Radoll's unpaid tax liabilities for the taxable years 1996-97 and 1999-2000. The levy may be executed by any authorized officer of the Internal Revenue Service.

//

ORDER

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422

1 | //

2   It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

3

4   RICHARD A. LATTERELL
Trial Attorney, Tax Division
U.S. Department of Justice

5   P.O. Box 683 Ben Franklin Station
Washington, D.C.  20044-0683

6   Telephone:  (202) 307-6422

7

8   JAMES F. and FAYETTE L. RADOLL
18116 NE 109th Street
Redmond, Washington 98052

9   (425)881-5388

10   Dated this _18___day of __April___, 2005.

11

12

13

14

15   RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

16

17   Presented by:

18

19   JOHN MCKAY
United States Attorney

20

21   ROBERT BROUILLARD
Assistant United States Attorney

22    /s Richard A. Latterell_____

23   RICHARD A. LATTERELL
Trial Attorney, Tax Division

24   U.S. Department of Justice
P.O. Box 683, Ben Franklin Station

25   Washington, DC 20044

26                                        **U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station

27   ORDER                              Washington, D.C. 20044-0683
Telephone:  (202) 307-6422

28                                        - 2 -

Telephone:  (202) 307-6422

Attorneys for the United States of America